# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

Bridget M. McCormack,
Chief Justice

162291

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

HUTCHINSON FLUID MANAGEMENT
SYSTEMS, INC., a/k/a NEW FAYETTE, INC.,
　　　　　Plaintiff-Appellant,

v

SC: 162291
COA: 351647
Hillsdale CC: 19-000557-CH

DH HOLDINGS CORPORATION,
　　　　　Defendant-Appellee,

and

DANAHER CORPORATION and FTP
EUROPE LTD,
　　　　　Defendants.

_____/

　　　　On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



a0421

Clerk